**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT W. BARR, JR.,** | : | |
|     **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
|     **vs.** | : | **NO.  08-CV-2529** |
| | : | |
| **NATIONAL RAILROAD PASSENGER** | : | |
| **CORPORATION (AMTRAK),** | : | |
|     **Defendant.** | : | |

**<u>ORDER</u>**

    **AND NOW**, this _____ day of October, 2009, upon consideration of Defendant's Motion to Transfer Venue (Doc. 6) and all responses thereto, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

                                          **BY THE COURT:**

                                          **/s/ Petrese B. Tucker**
                                          _____
                                          **Hon. Petrese B. Tucker, U.S.D.J.**